CM/ECF ntcflpoc
(Rev. 01/05/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Annemarie Robin Fiorino )  Case No.: 26–12190–JDW
      Debtor(s) )  Chapter: 7
       )  Judge: Jason D. Woodard
       )
       )

## <u>NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS</u>

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Non–governmental creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before 11/3/26. A claim of a governmental unit shall be filed on or before 2/1/27.

A proof of claim form is available on the Bankruptcy Forms page of the court's website at **www.msnb.uscourts.gov**. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a copy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

Dated: 8/3/26

                    Shallanda J. Clay
                    Clerk, U.S. Bankruptcy Court

                BY: MRH
                    Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:

Annemarie Robin Fiorino

    Debtor

Case No. 26-12190-JDW

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1          User: autodocke          Page 1 of 2

Date Rcvd: Aug 03, 2026          Form ID: ntcflpoc          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Annemarie Robin Fiorino, 2900 Valleybrook Road, Horn Lake, MS 38637-2747 |
| 4692068 | + | Baptist Medical Group- Southaven Family, 363 Southcrest, Southaven, MS 38671-4737 |
| 4692071 | + | Berkley Southeast, 1745 North Brown Road Suite 400, Lawrenceville, GA 30043-8181 |
| 4692079 | | Mid-South Imaging and Therapeutics, Dept #42, P.O. Box 1000, Memphis, TN 38148-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 4692087 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Aug 04 2026 00:58:00 | Team Health, Alcoa Billing Center, 3231 North Star Circle, Louisville, TN 37777 |
| 4692067 | + | EDI: ATTWIREBK.COM | Aug 04 2026 05:00:00 | AT&T Mobility II, LLC, Attn: Legal Department, ONE AT&T WAY, SUITE 3A104, Bedminster, NJ 07921-2693 |
| 4692066 | + | Email/Text: rlambert@mscb-inc.com | Aug 04 2026 00:59:00 | Accounts Receivable Management Services, P.O. Box 638, Paris, TN 38242-0638 |
| 4692069 | ^ | MEBN | Aug 04 2026 00:58:05 | Baptist Memorial Hospital, Regional Business Office, P.O. Box 23090, Jackson, MS 39225-3090 |
| 4692073 | + | EDI: CRFRSTNA.COM | Aug 04 2026 05:00:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4692074 | | EDI: CITICORP | Aug 04 2026 05:00:00 | Citibank, P.O. Box 183113, Columbus, OH 43218 |
| 4692075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2026 01:09:52 | CWS Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4692072 | | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 04 2026 00:58:00 | CashNet, USA, 175 W. Jackson Blvd FL Suite 1000, Chicago, IL 60604-2863 |
| 4692076 | + | Email/Text: desotoent1@gmail.com | Aug 04 2026 00:59:00 | Desoto Ear, Nose & Throat, P.O. Box 1198, Southaven, MS 38671-0012 |
| 4692077 | | Email/Text: bankruptcy@glsllc.com | Aug 04 2026 00:58:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 4692078 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 01:09:44 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 4692080 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2026 00:59:00 | Midland Credit Mangement, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4692081 | ^ | MEBN | Aug 04 2026 00:57:48 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 4692082 | | EDI: PRA.COM | Aug 04 2026 05:00:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4692083 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 04 2026 00:59:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 4692084 | + | EDI: CBS7AVE | Aug 04 2026 05:00:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4692085 | ^ | MEBN | Aug 04 2026 00:57:26 | Southeastern Emergency Physicians, P.O. Box 740023, Cincinnati, OH 45274-0023 |
| 4692086 | | EDI: SYNC | Aug 04 2026 05:00:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4692088 | + | EDI: WFFC2 | Aug 04 2026 05:00:00 | Wells Fargo Bank, NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 4692089 | + | EDI: WFFC2 | Aug 04 2026 05:00:00 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy, 420 Montgomery Street, San Francisco, CA 94104-1207 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4692070 | * | Baptist Memorial Hospital-, Regional Business Office, P.O. Box 23090, Jackson, MS 39225-3090 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Miranda Linton Williford | on behalf of Debtor Annemarie Robin Fiorino tonya341@hotmail.com willifordlawoffice@gmail.com;tonya341@hotmail.com;mllinton@yahoo.com;courtecfemails@gmail.com;missyfelks@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com  MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4