**SO ORDERED,**





**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: ANNEMARIE ROBIN FIORINO | CASE NO. 26-12190-JDW |
| DEBTOR | CHAPTER 7 |

## ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ATTORNEY

THIS CAUSE came before the Court on the Application for Employment of Attorney (the "Application") (Dk # 20) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Application and the accompanying Affidavit, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that the Application is GRANTED. Pursuant to 11 U.S.C. § 327(d), Thomas C. Rollins, Jr. is authorized to serve as attorney for the Trustee in this case, effective as of the date of the Application, with compensation to be determined upon proper application and approval by the Court.

**IT IS FURTHER ORDERED** that the Trustee shall not receive attorney compensation for services that constitute the performance of the Trustee's statutory duties. See 11 U.S.C. §§ 328(b), 704.

**##END OF ORDER##**

**Submitted by:**

/s/Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 26-12190-JDW

Annemarie Robin Fiorino                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                                   User: autodocke                                   Page 1 of 1

Date Rcvd: Aug 04, 2026                               Form ID: pdf0003                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

**Recip ID          Recipient Name and Address**
db           + Annemarie Robin Fiorino, 2900 Valleybrook Road, Horn Lake, MS 38637-2747

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Miranda Linton Williford | on behalf of Debtor Annemarie Robin Fiorino tonya341@hotmail.com willifordlawoffice@gmail.com;tonya341@hotmail.com;mllinton@yahoo.com;courtecfemails@gmail.com;missyfelks@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com  MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4