**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: ANNEMARIE ROBIN FIORINO** | **CASE NO. 26-12190-JDW** |
| **DEBTOR** | **CHAPTER 7** |

---

## APPLICATION TO EMPLOY SPECIAL COUNSEL

---

**COMES NOW, Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Annemarie Robin Fiorino (the "Estate"), and pursuant to 11 U.S.C. § 327(e) and Federal Rule of Bankruptcy Procedure 2014, applies for authority to employ Adam H. Johnson and Morgan & Morgan, P.A. as special counsel for the limited purpose of prosecuting the Estate's personal injury claim. In support, the Trustee states as follows:**

1. The Debtor commenced this Chapter 7 case on June 19, 2026. The Debtor's schedules disclose a claim arising from a motor vehicle accident that occurred on December 5, 2025 (the "Personal Injury Claim").

2. Before the bankruptcy filing, the Debtor retained Adam H. Johnson of Morgan & Morgan, P.A. to represent her with respect to the Personal Injury Claim. A lawsuit was filed on May 11, 2026, in the County Court of DeSoto County, Mississippi, Case No. 26-cv-2165, and the matter is presently being litigated.

3. The Trustee seeks to employ Mr. Johnson and Morgan & Morgan, P.A. as special counsel under 11 U.S.C. § 327(e) for the specified special purpose of investigating, prosecuting, negotiating, trying, and, subject to approval of this Court, settling the Personal Injury Claim and related causes of action. Special counsel will coordinate with the Trustee regarding all material developments in the litigation.

4. Employment of special counsel is in the best interest of the Estate because Mr. Johnson and his firm represented the Debtor in this matter before bankruptcy, are familiar with the facts and litigation, and can continue the representation without unnecessary duplication of effort. As set forth in the accompanying Verified Statement, special counsel does not hold or represent an interest adverse to the Debtor or the Estate with respect to the matter for which employment is requested.

5. The Trustee understands that special counsel's prepetition representation of the Debtor is pursuant to a contingent-fee arrangement that also provides for reimbursement of litigation expenses from any recovery. By this Application, the Trustee seeks approval of employment only and does not seek approval of the fee contract or any compensation. Any request for

attorney's fees or reimbursement of expenses will be made separately in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2014-1, and will be subject to further order of this Court.

6. Special counsel shall not compromise or settle the Personal Injury Claim, execute a release on behalf of the Estate, or disburse any proceeds without the Trustee's consent and any approval required from this Court. All net proceeds attributable to the Estate shall be remitted to the Trustee for administration in this Chapter 7 case.

**WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter an Order authorizing the employment of Adam H. Johnson and Morgan & Morgan, P.A. as special counsel for the limited purposes described above, with compensation and reimbursement of expenses to be determined only upon separate application and further order of the Court, and grant such other and further relief as may be just and proper.**

RESPECTFULLY SUBMITTED,

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, THOMAS C. ROLLINS, JR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application to Employ Special Counsel to all counsel of record and the Office of the United States Trustee.

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com