**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ANNEMARIE ROBIN FIORINO**
**DEBTOR**

**CASE NO. 26-12190-JDW**
**CHAPTER 7**

---

**VERIFIED STATEMENT OF ADAM H. JOHNSON**
**PURSUANT TO FED. R. BANKR. P. 2014**

---

1. My name is Adam H. Johnson. I am a trial attorney with Morgan & Morgan, P.A., based in Memphis, Tennessee, and I have personal knowledge of the matters stated herein.

2. Before this bankruptcy case was filed, I and Morgan & Morgan, P.A. were retained by Annemarie Robin Fiorino to represent her in connection with a personal injury claim arising from a December 5, 2025 motor vehicle collision. A lawsuit is pending in the County Court of DeSoto County, Mississippi, Case No. 26-cv-2165.

3. My connection to the Debtor arises from that prepetition representation. To the best of my knowledge, neither I nor Morgan & Morgan, P.A. holds or represents any interest adverse to the Debtor or the Estate with respect to the Personal Injury Claim, and neither I nor the firm represents any defendant or adverse insurer in that matter. Except for that representation and ordinary-course professional contacts that do not create an adverse interest, I am not aware of any connection that would affect my ability to serve as special counsel.

4. The representation is pursuant to a prepetition contingent-fee agreement providing for reimbursement of litigation expenses from any recovery. I understand that approval of employment will not approve the fee contract or compensation, and that any request for fees or expenses must be made separately and approved by the Bankruptcy Court.

5. If employed, I will keep the Trustee reasonably informed, will not settle or compromise the claim without the Trustee's consent and any required Bankruptcy Court approval, and will not disburse settlement or judgment proceeds except as authorized by the Trustee and the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 13, 2026.

ADAM H. JOHNSON