UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANNEMARIE ROBIN FIORINO

CASE NO: 26-12190

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 8/17/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANNEMARIE ROBIN FIORINO

CASE NO: 26-12190

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/17/2026, a copy of the following documents, described below,

Hearing Notice and Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/17/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-12190-JDW
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
MON AUG 17 13-49-16 CDT 2026

ATT MOBILITY II LLC
ATTN LEGAL DEPARTMENT
ONE ATT WAY SUITE 3A104
BEDMINSTER NJ 07921-2693

ACCOUNTS RECEIVABLE MANAGEMENT SERVICES
PO BOX 638
PARIS TN 38242-0638

BAPTIST MEDICAL GROUP SOUTHAVEN FAMILY
363 SOUTHCREST
SOUTHAVEN MS 38671-4737

BAPTIST MEMORIAL HOSPITAL
REGIONAL BUSINESS OFFICE
PO BOX 23090
JACKSON MS 39225-3090

BERKLEY SOUTHEAST
1745 NORTH BROWN ROAD SUITE 400
LAWRENCEVILLE GA 30043-8181

CFNA
ATTN BANKRUPTCY
PO BOX 81315
CLEVELAND OH 44181-0315

CWS NEXUS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

CASHNET USA
175 W JACKSON BLVD FL SUITE 1000
CHICAGO IL 60604-2863

(P)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

DESOTO EAR NOSE THROAT
PO BOX 1198
SOUTHAVEN MS 38671-0012

DEBTOR
ANNEMARIE ROBIN FIORINO
2900 VALLEYBROOK ROAD
HORN LAKE MS 38637-2747

(P)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

ADAM H JOHNSON
488 S MENDENHALL
MEMPHIS TN 38117-4220

ADAM H JOHNSON
MORGAN MORGAN
80 MONROE AVENUE STE 900
MEMPHIS
MEMPHIS TN 38103-2481

LVNV FUNDING LLCRESURGENT CAPITAL SERVI
RESURGENT CORRESPONDENCE ATTN BANKRUPT
PO BOX 1269
GREENVILLE SC 29602-1269

MIDSOUTH IMAGING AND THERAPEUTICS
DEPT 42
PO BOX 1000
MEMPHIS TN 38148-0001

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND CREDIT MANGEMENT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

NATIONAL ENTERPRISE SYSTEMS
29125 SOLON ROAD
SOLON OH 44139-3442

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

ROCKET MORTGAGE
ATTN BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT MI 48226-3573

~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

THOMAS CARL ROLLINS JR
CHAPTER 7 TRUSTEE
PO BOX 13767
JACKSON MS 39236-3767

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVENUE
MONROE WI 53566-1364

SOUTHEASTERN EMERGENCY PHYSICIANS
PO BOX 740023
CINCINNATI OH 45274-0023

SYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

~~EXCLUDE~~

(P)ALCOA BILLING CENTER BANKRUPTCY NOTICES
ATTN TEAMHEALTH ATTN PATIENT SERVICES
3225 NORTH STAR CIRCLE SUITE 100
LOUISVILLE TN 37777-5062

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

WELLS FARGO BANK NA
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS MN 55480-0393

WELLS FARGO PERSONAL LINES LOAN
ATTN BANKRUPTCY
420 MONTGOMERY STREET
SAN FRANCISCO CA 94104-1207

MIRANDA LINTON WILLIFORD
MIRANDA LINTON WILLIFORD ATTORNEY AT LA
613 CHILDS STREET
CORINTH MS 38834-4810

CM/ECF hrg11
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Annemarie Robin Fiorino<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−12190−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 10/6/26 at 10:30 AM

Responses Due: 9/14/26

to consider and act upon the following:

***27*** − Application to Employ Adam H. Johnson and Morgan & Morgan, P.A. as Special Counsel Filed by Thomas C. Rollins Jr. on behalf of Thomas Carl Rollins Jr. (Attachments: # 1 Exhibit A) (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 8/17/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: KMS
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ANNEMARIE ROBIN FIORINO** **CASE NO. 26-12190-JDW**
**DEBTOR** **CHAPTER 7**

---

## APPLICATION TO EMPLOY SPECIAL COUNSEL

---

**COMES NOW, Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Annemarie Robin Fiorino (the "Estate"), and pursuant to 11 U.S.C. § 327(e) and Federal Rule of Bankruptcy Procedure 2014, applies for authority to employ Adam H. Johnson and Morgan & Morgan, P.A. as special counsel for the limited purpose of prosecuting the Estate's personal injury claim. In support, the Trustee states as follows:**

1. The Debtor commenced this Chapter 7 case on June 19, 2026. The Debtor's schedules disclose a claim arising from a motor vehicle accident that occurred on December 5, 2025 (the "Personal Injury Claim").

2. Before the bankruptcy filing, the Debtor retained Adam H. Johnson of Morgan & Morgan, P.A. to represent her with respect to the Personal Injury Claim. A lawsuit was filed on May 11, 2026, in the County Court of DeSoto County, Mississippi, Case No. 26-cv-2165, and the matter is presently being litigated.

3. The Trustee seeks to employ Mr. Johnson and Morgan & Morgan, P.A. as special counsel under 11 U.S.C. § 327(e) for the specified special purpose of investigating, prosecuting, negotiating, trying, and, subject to approval of this Court, settling the Personal Injury Claim and related causes of action. Special counsel will coordinate with the Trustee regarding all material developments in the litigation.

4. Employment of special counsel is in the best interest of the Estate because Mr. Johnson and his firm represented the Debtor in this matter before bankruptcy, are familiar with the facts and litigation, and can continue the representation without unnecessary duplication of effort. As set forth in the accompanying Verified Statement, special counsel does not hold or represent an interest adverse to the Debtor or the Estate with respect to the matter for which employment is requested.

5. The Trustee understands that special counsel's prepetition representation of the Debtor is pursuant to a contingent-fee arrangement that also provides for reimbursement of litigation expenses from any recovery. By this Application, the Trustee seeks approval of employment only and does not seek approval of the fee contract or any compensation. Any request for

attorney's fees or reimbursement of expenses will be made separately in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2014-1, and will be subject to further order of this Court.

6. Special counsel shall not compromise or settle the Personal Injury Claim, execute a release on behalf of the Estate, or disburse any proceeds without the Trustee's consent and any approval required from this Court. All net proceeds attributable to the Estate shall be remitted to the Trustee for administration in this Chapter 7 case.

**WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter an Order authorizing the employment of Adam H. Johnson and Morgan & Morgan, P.A. as special counsel for the limited purposes described above, with compensation and reimbursement of expenses to be determined only upon separate application and further order of the Court, and grant such other and further relief as may be just and proper.**

RESPECTFULLY SUBMITTED,

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, THOMAS C. ROLLINS, JR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Application to Employ Special Counsel to all counsel of record and the Office of the United States Trustee.

**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE**

/s/ Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR. (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ANNEMARIE ROBIN FIORINO**
**DEBTOR**

**CASE NO. 26-12190-JDW**
**CHAPTER 7**

---

**VERIFIED STATEMENT OF ADAM H. JOHNSON**
**PURSUANT TO FED. R. BANKR. P. 2014**

---

1. My name is Adam H. Johnson. I am a trial attorney with Morgan & Morgan, P.A., based in Memphis, Tennessee, and I have personal knowledge of the matters stated herein.

2. Before this bankruptcy case was filed, I and Morgan & Morgan, P.A. were retained by Annemarie Robin Fiorino to represent her in connection with a personal injury claim arising from a December 5, 2025 motor vehicle collision. A lawsuit is pending in the County Court of DeSoto County, Mississippi, Case No. 26-cv-2165.

3. My connection to the Debtor arises from that prepetition representation. To the best of my knowledge, neither I nor Morgan & Morgan, P.A. holds or represents any interest adverse to the Debtor or the Estate with respect to the Personal Injury Claim, and neither I nor the firm represents any defendant or adverse insurer in that matter. Except for that representation and ordinary-course professional contacts that do not create an adverse interest, I am not aware of any connection that would affect my ability to serve as special counsel.

4. The representation is pursuant to a prepetition contingent-fee agreement providing for reimbursement of litigation expenses from any recovery. I understand that approval of employment will not approve the fee contract or compensation, and that any request for fees or expenses must be made separately and approved by the Bankruptcy Court.

5. If employed, I will keep the Trustee reasonably informed, will not settle or compromise the claim without the Trustee's consent and any required Bankruptcy Court approval, and will not disburse settlement or judgment proceeds except as authorized by the Trustee and the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 13, 2026.

ADAM H. JOHNSON