**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ANNEMARIE ROBIN FIORINO** **CASE NO. 26-12190-JDW**
**DEBTOR** **CHAPTER 7**

## ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL

THIS CAUSE came before the Court on the Application to Employ Special Counsel (the "Application") (Dk# 27 ) filed by Thomas C. Rollins, Jr., Chapter 7 Trustee. The Court finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED that the Application is ~~GRANTED~~ APPROVED. Pursuant to 11 U.S.C. § 327(e), Adam H. Johnson and Morgan & Morgan, P.A. are authorized, effective as of the date of the Application, to serve as special counsel to the Trustee for the limited purpose of prosecuting the Estate's claims arising from the Debtor's December 5, 2025 motor vehicle collision, including the action pending in the County Court of DeSoto County, Mississippi, Case No. 26-cv-2165.** (JDW)

IT IS FURTHER ORDERED that this Order approves employment only and does not approve any fee contract or compensation. Any request for fees or expenses shall be made separately under Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2014-1. Special counsel shall not settle, release, or disburse proceeds of the Personal Injury Claim without the Trustee's consent and any approval required by this Court, and Estate proceeds shall be remitted to the Trustee for administration.

**##END OF ORDER##**

**Submitted by:**

/s/Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com