**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: ANNEMARIE ROBIN FIORINO** | **CASE NO. 26-12190-JDW** |
| **DEBTOR** | **CHAPTER 7** |

## ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL

THIS CAUSE came before the Court on the Application to Employ Special Counsel (the "Application") (Dk# 27 ) filed by Thomas C. Rollins, Jr., Chapter 7 Trustee. The Court finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED that the Application is ~~GRANTED~~** (JDW) **APPROVED. Pursuant to 11 U.S.C. § 327(e), Adam H. Johnson and Morgan & Morgan, P.A. are authorized, effective as of the date of the Application, to serve as special counsel to the Trustee for the limited purpose of prosecuting the Estate's claims arising from the Debtor's December 5, 2025 motor vehicle collision, including the action pending in the County Court of DeSoto County, Mississippi, Case No. 26-cv-2165.**

IT IS FURTHER ORDERED that this Order approves employment only and does not approve any fee contract or compensation. Any request for fees or expenses shall be made separately under Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2014-1. Special counsel shall not settle, release, or disburse proceeds of the Personal Injury Claim without the Trustee's consent and any approval required by this Court, and Estate proceeds shall be remitted to the Trustee for administration.

**##END OF ORDER##**

**Submitted by:**

/s/Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-12190-JDW
Annemarie Robin Fiorino Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Sep 16, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Annemarie Robin Fiorino, 2900 Valleybrook Road, Horn Lake, MS 38637-2747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam H. Johnson | on behalf of Spec. Counsel Adam H. Johnson adam.johnson@forthepeople.com |
| Miranda Linton Williford | on behalf of Debtor Annemarie Robin Fiorino tonya341@hotmail.com willifordlawoffice@gmail.com;tonya341@hotmail.com;mllinton@yahoo.com;courtecfemails@gmail.com;missyfelks@gmail.com;allstaffecf@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | |

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 5