**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Annemarie Robin Fiorino<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9542 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Mississippi | | |
| Case number: | 26–12190–JDW | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Annemarie Robin Fiorino

10/6/26

**By the court:** Jason D. Woodard
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 26-12190-JDW

Annemarie Robin Fiorino Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3

Date Rcvd: Oct 06, 2026 Form ID: 318 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annemarie Robin Fiorino, 2900 Valleybrook Road, Horn Lake, MS 38637-2747 |
| 4692068 | + | Baptist Medical Group- Southaven Family, 363 Southcrest, Southaven, MS 38671-4737 |
| 4692071 | + | Berkley Southeast, 1745 North Brown Road Suite 400, Lawrenceville, GA 30043-8181 |
| 4692079 | | Mid-South Imaging and Therapeutics, Dept #42, P.O. Box 1000, Memphis, TN 38148-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4692087 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Oct 07 2026 01:31:00 | Team Health, Alcoa Billing Center, 3231 North Star Circle, Louisville, TN 37777 |
| 4692067 | + | EDI: ATTWIREBK.COM | Oct 07 2026 05:27:00 | AT&T Mobility II, LLC, Attn: Legal Department, ONE AT&T WAY, SUITE 3A104, Bedminster, NJ 07921-2693 |
| 4692066 | + | Email/Text: rlambert@mscb-inc.com | Oct 07 2026 01:32:00 | Accounts Receivable Management Services, P.O. Box 638, Paris, TN 38242-0638 |
| 4692069 | ^ | MEBN | Oct 07 2026 01:26:23 | Baptist Memorial Hospital, Regional Business Office, P.O. Box 23090, Jackson, MS 39225-3090 |
| 4692073 | + | EDI: CRFRSTNA.COM | Oct 07 2026 05:27:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4692074 | | EDI: CITICORP | Oct 07 2026 05:27:00 | Citibank, P.O. Box 183113, Columbus, OH 43218 |
| 4692075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 01:39:59 | CWS Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4692072 | | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 07 2026 01:31:00 | CashNet, USA, 175 W. Jackson Blvd FL Suite 1000, Chicago, IL 60604-2863 |
| 4692076 | + | Email/Text: desotoent1@gmail.com | Oct 07 2026 01:32:00 | Desoto Ear, Nose & Throat, P.O. Box 1198, Southaven, MS 38671-0012 |
| 4692077 | | Email/Text: bankruptcy@glsllc.com | Oct 07 2026 01:31:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 4692078 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 01:39:55 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 4728322 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 01:39:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4728309 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 01:39:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4711696 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 01:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| | | | | |
|---|---|---|---|---|
| 4692080 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 01:32:00 | Midland Credit Mangement, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4692081 | ^ | MEBN | Oct 07 2026 01:26:16 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 4692082 | | EDI: PRA.COM | Oct 07 2026 05:27:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 4692083 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 07 2026 01:32:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 4692084 | + | EDI: CBS7AVE | Oct 07 2026 05:27:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4692085 | ^ | MEBN | Oct 07 2026 01:26:05 | Southeastern Emergency Physicians, P.O. Box 740023, Cincinnati, OH 45274-0023 |
| 4692086 | | EDI: SYNC | Oct 07 2026 05:27:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4716066 | + | EDI: CBS7AVE | Oct 07 2026 05:27:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4728310 | + | EDI: WFHOME | Oct 07 2026 05:27:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 4692088 | + | EDI: WFFC2 | Oct 07 2026 05:27:00 | Wells Fargo Bank, NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 4692089 | + | EDI: WFFC2 | Oct 07 2026 05:27:00 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy, 420 Montgomery Street, San Francisco, CA 94104-1207 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4692070 | * | Baptist Memorial Hospital-, Regional Business Office, P.O. Box 23090, Jackson, MS 39225-3090 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Adam H. Johnson | on behalf of Spec. Counsel Adam H. Johnson adam.johnson@forthepeople.com |
| Miranda Linton Williford | on behalf of Debtor Annemarie Robin Fiorino tonya341@hotmail.com willifordlawoffice@gmail.com;tonya341@hotmail.com;mllinton@yahoo.com;courtecfemails@gmail.com;missyfelks@gmail.com;allstaffecf@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5